IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LAMEL DIGGS,
  Defendant.

CRIMINAL FILE NO.
1:07-CR-186-1-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 125] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 124]. The Defendant's first Motion to Vacate Sentence was denied. This Court cannot consider the current motion until the Defendant has obtained the permission of the Court of Appeals to file a second Motion to Vacate Sentence. *See* 28 U. S. C. §2255(h). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for lack of jurisdiction. No Certificate of Appealability will be issued.

SO ORDERED, this 12 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge